UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
/ DISTRICT OF COLUMBIA

BRIDGEWATER PRODUCTS, INC.
CO-PATENT OWNERS US 6,889,615, ET.AL
Plaintiff(s)
v.

PENSKE TRUCK LEASING,
DETROIT DIESEL CORP
STATE OF MICHIGAN,
UNITED STATES GOVERNMENT, ET AL
Defendant(s)

Case: 2:21-cv-12578
Judge: Michelson, Laurie J.
MJ: Grand, David R.
Filed: 11-02-2021 At 02:32 PM
CMP BRIDGEWATER PRODUCTS INC. VS
PENSKE TRUCK LEASING ET AL (DP)

## REQUEST FOR TRIAL BY JUDGE

Now comes plaintiff with a Tort Claim against the United States for failure to meet 28 USC>§1346 The United states as a Defendant and 28 USC> §2674 Liability of the United States.

31 U.S.C. > §3729-30 mandates that the USAG make an appearance and "diligently investigate" any False Claims statute assertion. The United States failed to make an appearance in violation of 31 USC>§3729-30 statute and thus plaintiff brings this Tort Against The United States.

Plaintiff acting on behalf of the United States Attorney General under 31 U.S.C. >§ 3730 (b)(1) the False Claims Act and under 15 U.S. C.> § 1-15 has consistently sought resolution of the whistleblower claim and antitrust claim but the instant claim is a Tort against the United States Department of Justice, Office of USAG.

## COUNT 1
## 28 U.S. Code § 2674. Liability of United States

The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances, but shall not be liable for interest prior to judgment or for punitive damages.

If, however, in any case wherein death was caused, the law of the place where the act or omission complained of occurred provides, or has been construed to provide, for damages only punitive in nature, the United States shall be liable for actual or compensatory damages, measured by the pecuniary injuries resulting from such death to the persons respectively, for whose benefit the action was brought, in lieu thereof.

With respect to any claim under this chapter, the United States shall be entitled to assert any defense based upon judicial or legislative immunity which otherwise would have been available to the employee of the United States whose act or omission gave rise to the claim, as well as any other defenses to which the United States is entitled.

With respect to any claim to which this section applies, the Tennessee Valley Authority shall be entitled to assert any defense which otherwise would have been available to the employee based upon judicial or legislative immunity, which otherwise would have been available to the employee of the Tennessee Valley Authority whose act or omission gave rise to the claim as well as any other defenses to which the Tennessee Valley Authority is entitled under this chapter.

**Where defendant United States is liable respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances for damages for failure to follow statute mandate in 31USC>3729-30 requiring appearance and investigation, and by failing to appear under 29USC>660 (c ) on behalf of the Department of Labor and or failing to investigate within statutory 90 day limit, and for failing to**

restrain violations per 15 USC>9 as is the duty of the United States Attorneys, which caused injury to plaintiff in loss of income and career, and loss of business, and caused undue exposure to State Court judgements in matters removed to federal jurisdiction, and prohibited the prosecution and maintenance of patent applications both foreign and domestic, where in these actions the defendant violated 15 USC>1-15 antitrust law.

## COUNT 2
## 28 U.S. Code § 1346.United States as Defendant

(a)The district courts shall have original jurisdiction, concurrent with the United States Court of Federal Claims, of:

The district courts shall have original jurisdiction where the United States makes itself a defendant by acting against statute 31 USC>§3729-30 where defendant United States is liable respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances for damages for failure to follow statute mandate in 31USC>§3729-30 requiring appearance and investigation, and by failing to appear under 29USC>§660 (c ) on behalf of the Department of Labor and or failing to investigate within statutory 90 day limit, and for failing to restrain violations per 15 USC>§9 as is the duty of the United States Attorneys, which caused injury to plaintiff in loss of income and career, and loss of business, and caused undue exposure to State Court judgements in matters removed to federal jurisdiction, and prohibited the prosecution and maintenance of patent applications both foreign and domestic, where in these actions the defendant violated 15 USC>§1-15 antitrust law and is subject to payment of fines and damages.

## COUNT 3
## Violation of 31USC>§3729-30 The False claims Act

### Requirement to act and entitlement to relief

(a) Responsibilities of the Attorney General.—

The Attorney General diligently shall investigate a violation under section 3729. If the Attorney General finds that a person has violated or is violating section 3729, the Attorney General may bring a civil action under this section against the person.

(b) Actions by Private Persons.—

(1) A person may bring a civil action for a violation of section 3729 for the person and for the United States Government. The action shall be brought in the name of the Government. The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.

(c) Rights of the Parties to Qui Tam Actions.—

(3) If the Government elects not to proceed with the action, the person who initiated the action shall have the right to conduct the action. If the Government so requests, it shall be served with copies of all pleadings filed in the action and shall be supplied with copies of all deposition transcripts (at the Government's expense). When a person proceeds with the action, the court, without limiting the status and rights of the person initiating the action, may nevertheless permit the Government to intervene at a later date upon a showing of good cause.

(d) Award to Qui Tam Plaintiff.—

(2) If the Government does not proceed with an action under this section, the person bringing the action or settling the claim shall receive an amount which the court decides is reasonable for collecting the civil penalty and damages. The amount shall be not less than 25 percent and not more than 30 percent of the proceeds of the action or settlement and shall be paid out of such proceeds. Such person shall also

receive an amount for reasonable expenses which the court finds to have been necessarily incurred, plus reasonable attorneys' fees and costs. All such expenses, fees, and costs shall be awarded against the defendant.

(h) Relief From Retaliatory Actions.—

(1) In general.—

Any employee, contractor, or agent shall be entitled to all relief necessary to make that employee, contractor, or agent whole, if that employee, contractor, or agent is discharged, demoted, suspended, threatened, harassed, or in any other manner discriminated against in the terms and conditions of employment because of lawful acts done by the employee, contractor, agent or associated others in furtherance of an action under this section or other efforts to stop 1 or more violations of this subchapter.

(2) Relief.—

Relief under paragraph (1) shall include reinstatement with the same seniority status that employee, contractor, or agent would have had but for the discrimination, 2 times the amount of back pay, interest on the back pay, and compensation for any special damages sustained as a result of the discrimination, including litigation costs and reasonable attorneys' fees. An action under this subsection may be brought in the appropriate district court of the United States for the relief provided in this subsection.

**Where 31USC>§3730 mandates the defendant United States Attorney General diligently shall investigate a violation under section 3729, and mandates plaintiffs may bring a civil action for a violation of section 3729 for the person and for the United States Government, and mandates if the Government elects not to proceed with the action, plaintiffs who initiated the action shall have the right to conduct the action, and mandates if the Government does not proceed with an action under this section, plaintiffs bringing the action or settling the claim shall receive an amount which the court decides is reasonable for collecting the civil penalty and damages where**

the amount shall be not less than 25 percent and not more than 30 percent of the proceeds of the action or settlement, and mandates plaintiff as any employee, contractor, or agent shall be entitled to all relief necessary to make that employee, contractor, or agent whole, if that employee, contractor, or agent is discharged, demoted, suspended, threatened, harassed, or in any other manner discriminated against in the terms and conditions of employment because of lawful acts done by the plaintiff as an employee, contractor, agent, where plaintiff's relief under paragraph (1) shall include reinstatement with the same seniority status that employee, contractor, or agent would have had but for the discrimination, 2 times the amount of back pay, interest on the back pay, and compensation for any special damages sustained as a result of the discrimination, including litigation costs and reasonable attorneys' fees and

the district courts shall have original jurisdiction where the United States is a defendant and the United states is liable relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances for damages for failure to follow statute mandate in 31USC>§3729-30 requiring appearance and investigation, and by failing to appear under 29USC>§660 (c ) on behalf of the Department of Labor and or failing to investigate within statutory 90 day limit, and for failing to restrain violations per 15 USC>§9 as is the duty of the United States Attorneys, which caused injury to plaintiff in loss of income and career, and loss of business, and caused undue exposure to State Court judgements in matters removed to federal jurisdiction, and prohibited the prosecution and maintenance of patent applications both foreign and domestic, where in these actions the defendant violated 15 USC>§1-15 antitrust law and is subject to payment of fines and damages where plaintiff was illegally discharged in violation of 31 USC>§3729-30 for exposing False Claims to the United states via plaintiffs work product.

## COUNT 4
## Violation of 15 USC>§1-15 Antitrust Law

### Requirement to act and entitlement to relief

15USC>§1

Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

15USC>§9

The several district courts of the United States are invested with jurisdiction to prevent and restrain violations of section 8 of this title; and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity to prevent and restrain such violations. Such proceedings may be by way of petitions setting forth the case and praying that such violations shall be enjoined or otherwise prohibited. When the parties complained of shall have been duly notified of such petition the court shall proceed, as soon as may be, to the hearing and determination of the case; and pending such petition and before final decree, the court may at any time make such temporary restraining order or prohibition as shall be deemed just in the premises.

15USC>§15

(a) Amount of recovery; prejudgment interest Except as provided in subsection (b), any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefor in any district court of the United States in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee. The court may award under

this section, pursuant to a motion by such person promptly made, simple interest on actual damages for the period beginning on the date of service of such person's pleading setting forth a claim under the antitrust laws and ending on the date of judgment, or for any shorter period therein, if the court finds that the award of such interest for such period is just in the circumstances. In determining whether an award of interest under this section for any period is just in the circumstances, the court shall consider only—

The defendant United States, and the State of Florida, and the State of Michigan by contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, did transfer plaintiff's complaints from federal jurisdiction to state jurisdiction, and failed to follow statutes where the district courts shall have original jurisdiction where the United States is a defendant and the United states is liable relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances for damages for failure to follow statute mandate in 31USC>§3729-30 requiring appearance and investigation, and by failing to appear under 29USC>§660 (c ) on behalf of the Department of Labor and or failing to investigate within statutory 90 day limit, and for failing to restrain violations per 15 USC>§9 as is the duty of the United States Attorneys, where plaintiff was illegally discharged in violation of 31 USC>§3729-30 for exposing False Claims to the United states via plaintiffs work product, which caused injury to plaintiff in loss of income and career, and loss of business, and caused undue exposure to State Court judgements in matters removed to federal jurisdiction, and prohibited the prosecution and maintenance of patent applications both foreign and domestic, where in these actions the defendant violated 15 USC>§1-15 antitrust law and defendants are subject to payment of fines and damages where any plaintiff who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefor in any district court of the United States in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy, and shall recover threefold the damages by him sustained , and the cost of suit, including a reasonable attorney's

fee and fines of up to one hundred million $100,000,000 U.S. dollars per occurrence, where plaintiffs did experience loss in income and lost sales of patented technologies, and

where defendants provided no statutory support for their decision to violate law, or policy, that had rational basis in a permissible governmental objective and therefore violated the due process and equal protection prohibitions of the 14th Amendment to the U. S. Constitution.

## Judgment Request

**Wherefore,**

Plaintiff seeks judgment under 15 USC>§1-15 Antitrust Law and 31 USC>§3730 The False Claims Act against **The United States Department of Justice**, for not less than Three Million **$3,000,000, U.S. Dollars**, for damages equivalent to Front Pay in the case 05-70416-EDMI or 07-61540-FLSD where the USAG failed to appear, free and clear release of all debts, and/or liens against Plaintiffs, Plaintiff's corporations, their families, successors or assigns.

Plaintiffs also seek re-issue of all patens disclosed to the United States Patent and Trademark Office and the World Intellectual Property Organization. + DISCLOSURE DOCUMENT PROGRAM ENTRIES.

Plaintiffs also seek vacation of all judgements and orders in State Courts for matters removed to federal jurisdiction.

Respectfully submitted,

*[signature]*

Paul Bridgewater for USAG     31 USC>§3729-30, 15USC >§1-15

+ CO-PATENT OWNERS # 6,889,615
+ BRIDGEWATER PROD. INC.
101 GREEN HILLS DR.
SALINE, MI 48176

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff **WASHTENAW**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **WAYNE/EDMI**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
**CO-PATENT OWNERS #6,889,615**
**PRO SE.**

Attorneys *(If Known)*
**AUSA**
**UNITED STATES GOV'T, ETAL**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [✓] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [✓] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [✓] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [✓] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [✓] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 871 IRS -Third Party 26 USC 7609 | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**15 USC § 1-15 & 31 USC § 3729-30**

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **7.5 M**

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [✓] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE **TARNOW**
DOCKET NUMBER **05-70416-EDMI**

DATE **11-2-21**
SIGNATURE OF ATTORNEY OF RECORD **PAUL BRIDGEWATER** /s/ **FOR BRIDGEWATER PROD.**

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?   ☐ Yes  ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☐ No

   If yes, give the following information:

   Court: _____EDMI_____

   Case No.: _____05-70416_____

   Judge: _____TARNOW_____

Notes :