UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
/ DISTRICT OF COLUMBIA

BRIDGEWATER PRODUCTS, INC.
CO-PATENT OWNERS US 6,889,615, ET.AL
Plaintiff(s)
v.

PENSKE TRUCK LEASING,
DETROIT DIESEL CORP
STATE OF MICHIGAN,
UNITED STATES GOVERNMENT, ET AL
Defendant(s)

Case: 2:21-cv-12578
Judge: Michelson, Laurie J.
MJ: Grand, David R.
Filed: 11-02-2021 At 02:32 PM
CMP BRIDGEWATER PRODUCTS INC. VS
PENSKE TRUCK LEASING ET AL (DP)

## MOTION FOR SUMMARY JUDGMENT PER RULE 56(d)

Plaintiffs, authorized to conduct the subject False Claims investigations per 31 USC>3730 (c)(3), now petition the court for Qui Tam relief under 31USC>3730 (d)(2) via judgment against Daimler AG, Detroit Diesel Corp, Siemens AG, for **Qui Tam relief of $4.5 Million US Dollars**, where plaintiffs provided prima facie evidence to DOJ in 05-70416-EDMI and discovery was not enforced by the US, allowing plaintiffs to stipulate that Daimler AG, Detroit Diesel Corp, Economic Club of Detroit, City of Detroit, interfered with WPA adjudication by removing Director of Transportation and blocking interrogatories. This violation benefitted Daimler AG, Detroit Diesel Corp, Siemens AG, and Economic Club of Detroit who made unjustified sales and knowingly participated in false claims to the United States. Ref. Statement of Facts exhibits Ex D1. and 31USC>3730 (d)(2) showing plaintiff is entitled to award (typically by US), and Ref. prima facie evidence. Bridgewater Products, Inc. proves with fleet recovery plan, bus purchase was unnecessary. Court clerk was directed to serve defendants in 14-61060-FSLD.

**Wherefore,**

Plaintiff requests the Court grant this motion for summary judgment against the Daimler AG, Detroit Diesel Corp and Siemens AG per 31USC>3730 (d)(2) and Fed Rule Civ. Rule 56(d).

Respectfully submitted,

*[signature]*

Paul Bridgewater for Bridgewater Products, Inc. per 31 USC>§3729-30, 15USC >§1-15, 42 USC>1985